IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE HOLLOWELL, | No. C-10-1658 MMC |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALLIANCE BANCORP, INC. WITHOUT PREJUDICE** |
| v. | |
| ALLIANCE BANCORP, INC., et al., | |
| Defendants. | |

On November 13, 2009, plaintiff Christie Hollowell instituted the above-titled action in Bankruptcy Court, and, to date, has not filed proof of service of the summons and complaint on defendant Alliance Bancorp, Inc. ("Alliance"). By order filed December 17, 2010, the Court directed plaintiff to show cause, no later than January 14, 2011, why her claims against Alliance should not be dismissed for failure to serve. On January 17, 2011, plaintiff filed a response, in which she requested further time to investigate the circumstances under which Alliance was not served. By order filed January 27, 2011, the Court afforded plaintiff leave to file, no later than February 18, 2011, a supplement to her response to the order to show cause, and deferred ruling on the matter until that date.

Plaintiff has failed to file a supplement, and has failed to otherwise show any basis exists to extend the deadline to serve Alliance.

//

Accordingly, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's claims against Alliance are hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: February 28, 2011

_____
MAXINE M. CHESNEY
United States District Judge