IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTIE HOLLOWELL,

    Plaintiff,

  v.

ALLIANCE BANCORP, INC., et al.,

    Defendants.
                                 /

No. C-10-1658 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The parties in the above-titled action are scheduled to appear for a Case Management Conference to be conducted March 11, 2011. (See Case Management Scheduling Order, filed December 22, 2010.)

On February 18, 2011, plaintiff filed an amended complaint, adding therein three defendants, none of which has yet appeared. Under such circumstances, the Case Management Conference is hereby CONTINUED to May 13, 2011, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than May 6, 2011. Failure to timely file a Joint Case Management Statement may result in the imposition of sanctions.[1]

**IT IS SO ORDERED.**

Dated: March 8, 2011

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] In violation of the Case Management Scheduling Order, plaintiff and defendant Select Portfolio Servicing failed to file a Joint Case Management Conference by March 4, 2011.