United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
CHRISTIE HOLLOWELL,                              No. C-10-1658 MMC

12
          Plaintiff,                             **ORDER DIRECTING DEFENDANT
                                                 SELECT PORTFOLIO SERVICING TO**
13
     v.                                          **SUBMIT CHAMBERS COPY OF
                                                 DOCUMENTS IN COMPLIANCE WITH**
14
ALLIANCE BANCORP, INC., et al.,                  **GENERAL ORDER 45 AND THE
                                                 COURT'S STANDING ORDERS**
15
          Defendants.

16
_____/

17
          On April 1, 2011, defendant Select Portfolio Servicing, Inc. electronically filed its

18
Motion to Dismiss, and a request for judicial notice in support thereof.  Defendant has

19
violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to

20
the Clerk's Office "no later than noon on the business day following the day that the papers

21
are filed electronically, one paper copy of each document that is filed electronically

22
. . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number,

23
and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing

24
Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

25
          Defendant is hereby ORDERED to comply with General Order 45 and the Court's

26
Standing Orders by immediately submitting a chambers copy of the above-referenced

27
documents.  Defendant is hereby advised that if it fails in the future to comply with General

28
Order 45 and the Court's Standing Order to provide a chambers copy of each

1    electronically-filed document, the Court may impose sanctions, including, but not limited to,

2    striking from the record any electronically-filed document of which a chambers copy has not

3    been timely provided to the Court.

4         **IT IS SO ORDERED.**

5

6    Dated:  April 12, 2011

7                                                                MAXINE M. CHESNEY
                                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28