IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE HOLLOWELL,<br><br>　　　　Plaintiff,<br>　v.<br>ALLIANCE BANCORP, INC., et al.,<br><br>　　　　Defendants. | No. C-10-1658 MMC<br><br>**ORDER VACATING MAY 6, 2011 HEARING ON DEFENDANTS' MOTION TO DISMISS** |

　　　Before the Court is defendants Select Portfolio Servicing, Inc. and U.S. Bank National Association's motion to dismiss, filed April 1, 2011, and noticed for hearing on May 6, 2011. Pursuant to the Civil Local Rules of this District, opposition was due no later than April 15, 2010. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). No opposition has been filed.

　　　Accordingly, the Court deems the matter submitted on the moving papers and VACATES the May 6, 2011 hearing on the motion to dismiss.

　　　**IT IS SO ORDERED.**

Dated: April 19, 2011

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge