IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE HOLLOWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLIANCE BANCORP, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-10-1658 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the Joint Case Management Statement, filed June 20, 2011 on behalf of plaintiff and the defendants who have been served.

    In light of the pending motion to dismiss filed by defendants Select Portfolio Servicing, Inc. and U.S. Bank National Association, noticed for hearing on July 22, 2011, as well as plaintiff's having not yet served two defendants, the Case Management Conference is hereby CONTINUED from June 24, 2011 to August 26, 2011. A Joint Case Management Statement shall be filed no later than August 19, 2011.

    **IT IS SO ORDERED.**

Dated: June 22, 2011

                                           MAXINE M. CHESNEY
                                           United States District Judge