IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTIE HOLLOWELL,

    Plaintiff,

  v.

ALLIANCE BANCORP, INC., et al.,

    Defendants.
                                         /

No. C-10-1658 MMC

**ORDER RE: CONSENT TO MAGISTRATE JUDGE**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

By their Joint Case Management Statement filed June 20, 2011, plaintiff Christie Hollowell, defendant Select Portfolio Servicing, Inc., and defendant U.S. Bank National Association have advised the Court they will consent to a magistrate judge for all purposes.

Accordingly, each of said parties is hereby DIRECTED to file an appropriate form of consent. For the parties' convenience, a court-approved consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: June 22, 2011

                                          MAXINE M. CHESNEY
                                          United States District Judge