IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTIE HOLLOWELL,

        Plaintiff,

  v.

ALLIANCE BANCORP, INC., et al.,

        Defendants.

                                /

No. CV-10-1658 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The action is dismissed, with prejudice, as against MERS.

The Second Amended Complaint is dismissed as against Quality.

Dated: August 11, 2011

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk